1 | **STEPHEN D. DEMIK**
California State Bar No. 221167
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 | Email: Stephen_Demik@fd.org

5 | Attorneys for Mr. Bernal-Ramirez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ2655 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| MARTIN BERNAL-RAMIREZ, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: September 3, 2008         /s/ STEPHEN D. DEMIK
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Defendant
                                 Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: September 3, 2008          /s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Stephen_Demik@fd.org (email)